FILED
RICHARD W. NAGEL
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

2025 JAN 16  AM 11:53

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:25-cr-00007** |
| **Plaintiff,** | : | |
| | : | **JUDGE HOPKINS** |
| **v.** | : | |
| | : | |
| **HAYDEN WOLFORD,** | : | **INFORMATION** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(4)(B) and (b)(2)** |
| **Defendant.** | : | **Forfeiture Allegation** |
| | : | |

**THE UNITED STATES ATTORNEY CHARGES**:

<u>COUNT 1</u>
**(Possession/Access with Intent to View Child Pornography)**

On or about July 3, 2023, in the Southern District of Ohio, the Defendant, **HAYDEN WOLFORD**, did knowingly possess and access with intent to view his cellular phone which contains any visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computers, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).**

**FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in this Information, the Defendant, **HAYDEN WOLFORD**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or

1

received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to an Apple iPhone 14 Pro, serial number HC7J7N7JN5, purple in color.

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**


_Kyle J. Healey_

**KYLE J. HEALEY**
**ASSISTANT UNITED STATES ATTORNEY**

2